CR 06 143

JAN
F.#2002R01370

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ANDREW FEINMAN,

        Defendants.

- - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

Cr. No. _____

WEINSTEIN, J

REYES, M.J.

     PLEASE TAKE NOTICE that the undersigned will move this Court, before a United States District Judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Fed. R. Crim. P. 7(b).

Dated:    Brooklyn, New York
          March 7, 2006

                              ROSLYNN R. MAUSKOPF
                              United States Attorney
                              Eastern District of New York

                     By:   _____
                              John A. Nathanson
                              Assistant U.S. Attorney

cc:   Ivan Fisher, Esq.
      Clerk of the Court