# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

ANDREW FEINMAN,

DEFENDANT.

WAIVER OF INDICTMENT

CASE NUMBER: 06 CR 143 (JBW)(RER)

I, __ANDREW FEINMAN__, the above named defendant, who is accused of

in or about and between January 1999 and December 2003, within the Eastern District of New York and elsewhere, knowingly and intentionally conspiring to evade and defeat taxes, in violation of Title 26, United States Code, Section 7201,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 10, 2006, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Andrew Feinman
Defendant

_____
Ivan Fisher, Esq.
Counsel for Defendant

Before _____
The Honorable
Judicial Officer